The Hon. Robert S. Lasnik

United States District Court
Western District of Washington
At Seattle

| | |
|---|---|
| ELLIOTT BAY ASSET SOLUTIONS, LLC as Court-appointed Receiver of NORTHWEST TRUSTEE SERVICES, INC., and RCO LEGAL, P.S., <br><br>Plaintiff, <br><br>v. <br><br>CALIBER HOME LOANS, INC., a Delaware corporation, <br><br>Defendant. <br><br>In the Receivership of: <br>NORTHWEST TRUSTEE SERVICES, INC., and RCO LEGAL, P.S. | No. 2:20-cv-00143-RSL <br><br>**Stipulation and Order of Dismissal** |

### I.   STIPULATION

Plaintiff Elliott Bay Asset Solutions, LLC as Court-appointed Receiver of Northwest Trustee Services, Inc. and RCO Legal, P.S. ("Receiver") and Defendant Caliber Home Loans, Inc. hereby stipulate and agree that this matter has settled and that the above-entitled action shall be dismissed with prejudice and without costs or attorneys' fees.

Stipulation & Order of Dismissal – 1 of 3
(No. 2:20-cv-00143-RSL)

Beck Chase Gilman PLLC
711 Court A, Suite 202
Tacoma, WA 98402
253.289.5104 | bcglawyers.com

Jointly Submitted January 26, 2021.

Beck Chase Gilman PLLC

By: _[signature]_
James W. Beck, WSBA No. 34208
james@bcglawyers.com | D 253.289.5122
Eric D. Gilman, WSBA No. 41680
eric@bcglawyers.com | D 253.289.5108
Attorneys for Plaintiff Elliott Bay Asset Solutions, LLC as Court-Appointed Receiver of Northwest Trustee Services, Inc., and RCO Legal, P.S.

Perkins Coie LLP

By: _[signature]_
Thomas N. Abbott #53024
TAbbott@perkinscoie.com
Ofunne N. Edoziem, WSBA No. 54248
OEdoziem@perkinscoie.com
Attorneys for Caliber Home Loans, Inc.

## II.   ORDER

THIS MATTER comes before the Court on the above Stipulation. The Court, having reviewed the records and files herein and being fully advised in the premises, it is hereby ORDERED that the above-entitled action shall be dismissed with prejudice and without costs or attorneys' fees.

DATED this 17th day of February 2021.

IT IS SO ORDERED.

_[signature]_
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Stipulation & Order of Dismissal – 2 of 3
(No. 2:20-cv-00143-RSL)

Beck Chase Gilman PLLC
711 Court A, Suite 202
Tacoma, WA 98402
253.289.5104 | bcglawyers.com

1  Presented jointly by:

2  Beck Chase Gilman PLLC

3  By: _____

4  Eric D. Gilman, WSBA No. 41680
   egilman@gth-law.com

5  Attorneys for Plaintiff Elliott Bay Asset

6  Solutions, LLC as Court-Appointed
   Receiver of Northwest Trustee Services,

7  Inc., and RCO Legal, P.S.

8  Perkins Coie LLP

9  

10 By: _____
   Thomas N. Abbott #53024

11 TAbbott@perkinscoie.com
   Ofunne N. Edoziem, WSBA No. 54248

12 OEdoziem@perkinscoie.com

13 Attorneys for Caliber Home Loans, Inc.

Stipulation & Order of Dismissal – 3 of 3
(No. 2:20-cv-00143-RSL)

Beck Chase Gilman PLLC
711 Court A, Suite 202
Tacoma, WA 98402
253.289.5104 | bcglawyers.com